UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to Lycos, Inc. | Case No.: 2:21-mc-00021 RSL<br><br>Related Case No. 2:19-cv-02746-DWL<br>U.S. District Court, District of Arizona<br><br>**DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO LYCOS, INC.**<br><br>NOTED ON MOTION CALENDAR:<br>Friday, March 12, 2021 |

GoDaddy.com, LLC ("GoDaddy"), by and through its counsel, files this Motion, pursuant to Rules 37(a)(1) and 45(g) of the Federal Rules of Civil Procedure and LCR 37, to compel Lycos, Inc. to fully and completely comply with the subpoena issued by GoDaddy in the United States District Court for the District of Arizona in connection with a litigation matter entitled *SiteLock, LLC v. GoDaddy.com, LLC* (Case No.: 2:19-cv-02746-DWL). GoDaddy effectuated service of this subpoena on Lycos, Inc. on January 21, 2021, and to date, Lycos, Inc. has neither served any objection to the subpoena, nor provided any response to the subpoena. For the reasons stated in the accompanying Memorandum of Law, along with the accompanying

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO LYCOS, INC. - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Declaration of Paula L. Zecchini and attached exhibits in support thereof, GoDaddy respectfully requests that this Court grant its Motion and compel Lycos, Inc. to comply with the subpoena.

DATED: February 25, 2021                COZEN O'CONNOR

By: *s/ Paula L. Zecchini*
By: *s/ Sydney R. Hitchcock*
Paula L. Zecchini, WSBA No. 48266
E-mail:   pzecchini@cozen.com
Nathan Dooley, *pro hac vice to follow*
E-mail:   ndooley@cozen.com
Sydney R. Hitchcock, WSBA No. 55426
E-mail:   sydneyhitchcock@cozen.com

999 Third Avenue, Suite 1900
Seattle, Washington  98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorneys for Defendant GoDaddy.com, LLC.

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO LYCOS, INC. - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document via electronic mail on February 25, 2021, and due to COVID-19 restrictions via overnight mail on February 26, 2021, to the following:

| | |
|---|---|
| Thomas A. Gilson<br>Beus Gilbert PLLC<br>701 N. 44th Street<br>Phoenix, Arizona 85008<br>(480) 429-3000<br>tgilson@beusgilbert.com<br><br>Counsel for Plaintiff | Kevin B. Huff<br>Thomas G. Schultz<br>Leslie V. Pope<br>Kellogg, Hansen, et al.<br>1615 M Street, N.W. Suite 400<br>Washington, DC 20036<br>(202) 326-7900<br>khuff@kellogghansen.com<br>tschultz@kellogghansen.com<br>lpope@kellogghansen.com |

I further certify that the foregoing documents have been sent out for personal service, and due to COVID-19 restrictions were also served via overnight mail on February 26, 2021, on the following:

Lycos, Inc.
177 Huntington Ave., Suite 1703
Boston, MA 02115

DATED: February 25, 2021

             COZEN O'CONNOR


             By: _s/ Paula Zecchini_
                Paula Zecchini

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO LYCOS, INC. - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000