|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re Rule 45 Subpoena Directed to Lycos, Inc. | Case No.: 2:21-mc-00021-RSL<br><br>Related Case No. 2:19-cv-02746-DWL<br>U.S. District Court, District of Arizona<br><br>**ORDER GRANTING DEFENDANT GODADDY.COM, LLC'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |
|---|---|

ORDER GRANTING DEFENDANT GODADDY.COM, LLC'S
MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Upon consideration of Defendant GoDaddy.com, LLC's Motion for Leave to File Exhibit Under Seal, and having good cause therefor,

IT IS HEREBY ORDERED that the Motion to File Exhibit Under Seal is GRANTED. Exhibit A to the Declaration of Paula L. Zecchini in support of the Motion to Compel Response to Rule 45 Subpoena Directed to Lycos, Inc. (Dkt. # 2) shall remain under seal.

Dated this 2nd day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT GODADDY.COM, LLC'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000